Case 24-03120   Document 23   Filed in TXSB on 08/12/24   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **ALI CHOUDHRI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3120 |
| | § | |
| **NATIONAL BANK OF KUWAIT, S.A.K.P.,** | § | |
| **NEW YORK BRANCH,** | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING STIPULATION

The Stipulation (ECF No. 21) is denied as moot. The Court has already ruled on the Motion to Remand (ECF No. 3) and will rule on the Motion to Dismiss (ECF No. 10) without a hearing based on responsive pleadings.[1]

**SO ORDERED.**

SIGNED 08/12/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The responsive pleading deadline on the Motino to Dismiss has not passed.