UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| GALLERIA 2425 OWNER, LLC § | Case No. 23-34815 (JPN) | |
| § | | |
| Debtor § | | |
| § | | |
| § | | |
| ALI CHOUDHRI § | | |
|     *Plaintiff,* § | | |
| § | | |
| vs. § | ADV. PROC. 24-03120 | |
| § | | |
| NATIONAL BANK OF KUWAIT, § | | |
| S.A.K.P., NEW YORK BRANCH, § | | |
|     *Defendants.* § | | |

## NOTICE OF APPEAL

ALI CHOUDHRI, Plaintiff appeals to the United States District Court for the Southern District of Texas from the Order of the Bankruptcy/Adversary court for the Southern District of Texas, entered in this case on August 12, 2024 (Dkt. No. 22) (Attached hereto as Exhibit 1) Denying Plainitiff's Motion to Remand and Order Dismissing Case (Dkt. No. 25) entered on August 13, 2024 (Attached hereto as Exhibit 2).

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Appellant:** Ali Choudhri
**Counsel:** Jeffrey W. Steidley
THE STEIDLEY LAW FIRM
State Bar No. 19126300
Federal Bar No. 5609
jeff@texlaw.us
3701 Kirby Drive, Suite 1196
Houston, Texas 77098
(713) 523-9595 (telephone)
(713) 523-0578 (facsimile)

| | |
|---|---|
| **Appellee:** | **National Bank of Kuwait, S.A.K.P., New York Branch** |
| **Counsel:** | Charles C. Conrad |
| | Texas State Bar No. 24040721 |
| | Ryan Steinbrunner |
| | Texas State Bar No. 24093201 |
| | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | 609 Main Street Suite 2000 |
| | Houston, TX 77002 |
| | Telephone: (713) 276-7600 |
| | Facsimile: (713) 276-7634 |
| | charles.conrad@pillsburylaw.com |
| | ryan.steinbrunner@pillsburylaw.com |
| | |
| | - *and* – |
| | |
| | Andrew M. Troop (Bar No. MA547179) |
| | Patrick E. Fitzmaurice* |
| | Kwame O. Akuffo* |
| | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | 31 West 52nd Street New York, NY 10019-6131 |
| | Telephone: (212) 858-1000 |
| | Facsimile: (212) 858-1500 |
| | andrew.troop@pillsburylaw.com |
| | patrick.fitzmaurice@pillsburylaw.com |
| | kwame.akuffo@pillsburylaw.com |
| | *Admitted *pro hac vice* |

                                              Respectfully Submitted,

                                              **THE STEIDLEY LAW FIRM**

                                              *By Jeffrey W. Steidley*
                                              JEFFREY W. STEIDLEY
                                              State Bar No. 19126300
                                              Federal Bar No. 5609
                                              jeff@texlaw.us
                                              3701 Kirby Drive, Suite 1196
                                              Houston, Texas 77098
                                              (713) 523-9595 (telephone)
                                              (713) 523-0578 (facsimile)

                                              **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served all counsel of record electronically or by other manner authorized by Fed. R. Civ. P. 5(b)(2) on this the 23rd day of August, 2024, as indicated below:

Charles C. Conrad                        ***VIA ECF***
State Bar No. 24040721
Elizabeth Klingensmith
State Bar No. 24046496
Ryan Steinbrunner
State Bar No. 24093201
PILLSBURY WINTHROP SHAW PITTMAN LLP
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
liz.klingensmith@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

**Attorneys for National Bank of Kuwait, S.A.K.P., New York Branch**

                                              *By Jeffrey W. Steidley*
                                              Jeffrey W. Steidley