United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: GALLERIA 2425 OWNER, LLC | CIVIL ACTION NO. 4:24-cv-03198 |

## ORDER

Pending before the Court is an appeal from an order in the bankruptcy proceeding number 24-03120. This instant appeal was entered August 27, 2024. The appellant has failed to designate the items to be included in the record on appeal and a statement of the issues to be presented. Bankr. R. 8006. Pursuant to the Court's authority under Bankr. R. 8001(a), the Court hereby dismisses this appeal for undue delay and failure to pursue this action. This Order terminates the appeal.

**IT IS SO ORDERED**.

**SIGNED** this 11th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE