United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| **GALLERIA 2425 OWNER, LLC** § | Case No. 23-34815 (JPN) |
| Debtor § | |
| § | |
| **ALI CHOUDHRI** § | |
| *Plaintiff,* § | |
| § | CAUSE NO. 4:24-cv-03198 |
| vs. § | ADV. PROC. 24-03120 |
| § | |
| **NATIONAL BANK OF KUWAIT,** § | |
| **S.A.K.P., NEW YORK BRANCH,** § | |
| *Defendants.* § | |

# ORDER

The Order dismissing the appeal (ECF 3) is hereby withdrawn, and the appeal is reinstated.

SIGNED this the 13th day of November, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE